**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
JESSIE FERREIRA,

                          Plaintiff,

      -against-                                     23 **CIVIL** 10336 (NSR)

                                                        **JUDGMENT**

DAVID DOSIN, POLICE CHIEF, sued in his
individual capacity, VILLAGE OF HASTINGS-
ON-HUDSON,

                         Defendants.
----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated January 5, 2026, Defendant David Dosin's and the Village of Hastings-on-Hudson's Motion to Dismiss is GRANTED. Plaintiff Ferreira's Section 1983 claims against Defendant Dosin for failure to promote, disparate treatment, and retaliation are dismissed without prejudice. Plaintiff's claims against the Village of Hastings-on-Hudson are similarly dismissed without prejudice.

**Dated:** New York, New York

      January 30, 2026

                                      **TAMMI M. HELLWIG**

                                        **Clerk of Court**

                   **BY:**    _Negam Dulal_

                              **Deputy Clerk**